## ~~PROPOSED~~ ORDER/COVER SHEET

**TO:** Honorable Maria Elena James  
U.S. Magistrate Judge

**RE:** Edward Souza

**FROM:** Claudette M. Silvera, Chief  
U.S. Pretrial Services Officer

**DOCKET NO.:** CR06-0647

### THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Rich Sarlatte                              415 436 7508
U.S. Pretrial Services Officer        TELEPHONE NUMBER

**RE: MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

Inform all parties concerned that a Bail Review Hearing will be conducted by:  
Magistrate Judge _____ Presiding District Court Judge _____

[X] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

Modification(s) *If D is Suitable He is Ordered into A Residential Drug Treatment Program Fort Hurllft*

A. The defendant shall be evaluated for a residential drug treatment program as soon as possible and if deemed a suitable candidate shall be admitted to the facility on the day of the evaluation.

B.

Bail Revoked/Bench Warrant Issued.

I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

Other Instructions:

_____
JUDICIAL OFFICER

DATE 11/26/07

Cover Sheet (12/03/02)